## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE | * * * * * * * * | CIVIL ACTION NO. 2:10-cv-00001<br><br>SECTION "I"<br>JUDGE LANCE M. AFRICK<br><br>DIVISION (3)<br>MAGISTRATE DANIEL E. KNOWLES, III |
| **PLAINTIFFS,** | * * | |
| V. | * * | |
| UNION PACIFIC RAILROAD | * * | |
| **DEFENDANT.** | * | |

## WITNESS LIST OF UNION PACIFIC RAILROAD COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant, Union Pacific Railroad Company ("Union Pacific"), and submits the following Witness List:

## WITNESSES

Union Pacific respectfully submits that it may call the following witnesses, for live testimony, at the trial:

**Witnesses**

1. Buck Gomez, Manager of Track Maintenance, Avondale
   c/o Union Pacific Railroad Company
   5245 River Road
   Avondale, Louisiana 70094

2. E.J. Darington, Director of Terminal Operations
   c/o Union Pacific Railroad Company
   5245 River Road
   Avondale, Louisiana 70094

3. Jack Mullen, Sr. Structures Designer
   c/o Union Pacific Railroad Company
   1400 Douglas St.
   Mail Stop 910
   Omaha, NE 68179

4. Keith Townley, B&B Supervisor
   c/o Union Pacific Railroad Company
   5245 River Road
   Avondale, Louisiana 70094

5. Karla J. Scott, Real Estate Appraiser
   A.R.E. Real Estate Services, Inc.
   7A Storehouse Lane
   Destrehan, Louisiana 70047

6. Valentine Buxton
   7709 Hillside Dr.
   Clinton, Louisiana 70722

7. Larry Palmisano, Jefferson Parish Department of Drainage
   1221 Elmwood Pk. Blvd., Suite 907
   Jefferson, LA 70123

8. Clinton Hotard, Jefferson Parish Department of Drainage
   1221 Elmwood Pk. Blvd., Suite 907
   Jefferson, LA 70123

9. Any and all witnesses necessary to authenticate any documents or exhibits listed and/or settlements reached in this case.

10. Any and all witnesses identified in further discovery.
11. Any witness needed for impeachment.

12. Any witness needed to authenticate documents.

Defendant Union Pacific reserves its right to supplement and/or amend its Witness List. Union Pacific further reserves its right to call additional witnesses live or by deposition for purposes of rebuttal, or to address new issues not presently known based upon pleadings and

discovery to date, or to authenticate documents, or to respond to admissions of evidence depending upon the rulings of the Court.

>Respectfully submitted,
>
>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
>
>BY      /s/ Kathlyn G. Perez
>   William H. Howard, III (Bar No. 7025)
>   Kathlyn G. Perez (Bar No. 30668)
>   201 St. Charles Avenue, Suite 3600
>   New Orleans, LA  70170
>   Telephone: (504) 566-5275
>   Facsimile:  (504) 636-3975
>   bhoward@bakerdonelson.com
>   kperez@bakerdonelson.com
>
>COUNSEL FOR UNION PACIFIC RAILROAD COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to:

    Kenneth A. Goodwin (buddgood@bellsouth.net)
    Laurence Cohen (lakeviewlaw@gmail.com)
    COUNSEL FOR ESTA M. DELANEY, ET AL.

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants:

    NONE

This the 2nd day of August, 2010.

                                         /s/Kathlyn G. Perez
                                         KATHLYN G. PEREZ