UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE | * * * * * * * | CIVIL ACTION NO. 2:10-cv-00001<br><br>SECTION "I"<br>JUDGE LANCE M. AFRICK<br><br>DIVISION (3)<br>MAGISTRATE DANIEL E. KNOWLES, III |
| PLAINTIFFS, | * * | |
| V. | * * | |
| UNION PACIFIC RAILROAD | * * | |
| DEFENDANT. | * | |

## EXHIBIT LIST OF UNION PACIFIC RAILROAD COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant, Union Pacific Railroad Company ("Union Pacific"), and submits the following Exhibit List:

1. Deed No. T-2059, between Edgard Dronet and New Orleans Mobile and Chattanooga Rail Road Company, Union Pacific's predecessor (UP1-2);

2. Deed No. T-2060, between J.G. Osgood and New Orleans Mobile and Chattanooga Rail Road Company, Union Pacific's predecessor (UP3-4);

3. Delaney Deed - Credit Sale of Property by Geraldine De Weese, wife of/and Clarence P. Foret to Esta Mae Davis, wife of/and Albert S. Delaney, Jr. dated October 22, 1959 (UP5-12);

4. Delaney Succession dated March 26, 1999 (UP13-15);

5. Memorandum of Understanding between Jefferson Parish Council and Missouri Pacific Railroad Co., Texas Pacific Railway Co., and T.P.M.P. Terminal Railroad of New Orleans dated March 28, 1967 and addendums thereto (UP16-24);

6. Lease Audit No. 205793 dated September 6, 1985 between Southern Pacific Transportation Company and Jefferson Parish Department of Public Utilities pertaining to Avondale, Louisiana (UP25-34);

7. Lease Audit No. dated March 28, 1967 between Missouri Pacific Railroad Company, The Texas and Pacific Railway Company, T.P. – M.P. Terminal Railroad of New Orleans, Southern Pacific Company and the Jefferson Parish Council of Jefferson Parish pertaining to Jefferson Parish, Louisiana (UP35-41);

8. Southern Pacific Transportation Company Proposed Drainage Improvements (MP 12.98) Avondale, Louisiana dated July 12, 1984 (UP42);

9. T&P Right of Way and Track Map, Main Line, V 3 LA sheet 2, sta.633+60 to sta. 844+80, 1" = 400', dated Mar.9 1935. (subsequently revised)(Oversized Map)(UP43);

10. T&P Right of Way and Track Map, Main Line, V 3 LA sheet 2, sta.633+60 to sta. 844+80, 1" = 400', dated June 30, 1916 (Oversized Map)(UP44);

11. T&P Station Map, main line sta. 663+60 to 686+40, 1" = 100', dated June 15, 1943, new map made 7-29-75, V-3 (Oversized Map)(UP45);

12. Southern Pacific Transp. Co. Right of Way and Track Map, Main Line, ML&T V-3 sheet 1, sta.635+45.5 to sta. 739+20, 1" = 100', not dated (UP46);

13. UPRR structure inventory, for Livonia Sub and Avondale Sub between Avondale and Avon Jct. (UP47-48);

14. Union Pacific Railroad Company's photographs of the property taken by Kathlyn G. Perez on February 18, 2010 (UP49-88);

15. Union Pacific Railroad Company's photographs of the property taken by Kathlyn G. Perez on January 12, 2011 (UP89-94);

16. Survey Sq. 1 Foret Subd. Jefferson Parish, Louisiana (Exhibit A to plaintiff's Complaint for Damages) (UP95);

17. Delaney home appraisal by Karla J. Scott, Real Estate Appraiser dated June 3, 2010 (UP96-115);

18. Qualifications of Karla J. Scott, SRA and Certified Residential Appraiser License (UP116-118);

19. Qualifications of Bennet E. Oubre, IFAS and Certified General Appraiser License (UP119-121);

20. Expert Report of Stephen Estopinal, P.E., P.L.S. dated January 12, 2011, and documents relied upon including:

   a) Forensic Meteorology Report dated July 20, 2010, by Dave Barnes, Consulting Meteorologist;

   b) Climatological Data Louisiana May 1995 Volume 100 Number 05 ISSN 0145-0409 published by National Oceanic and Atmospheric Administration provided by Barry Keim, Office of Climatology Louisiana State University;

   c) West Bank Master Drainage Study Volumes I-II (CD); and,

   d) Run-Off Calculation (electronic);

   e) SJB Group site survey data (electronic);

   f) LIDAR imaging and data (electronic);

   g) Google and DOQQ aerial maps (electronic); (UP122-164);

21. Expert Report of Stephen Estopinal, P.E., P.L.S. dated January 13, 2011 (UP166);

22. Curriculum Vitae and Fee Schedule of Stephen V. Estopinal dated June 25, 2010 (UP167-171);

23. City of Waggaman Topographic Map;

24. Oversized Aerial Photographs from Google Earth produced by plaintiffs' counsel in Initial Disclosures (UP172-173);

25. Act of Dedication, from Herman Deweese of "Foret Subdivision" filed November 12, 1953, and attached subdivision map (UP174-177);

26. Ordinance No. 2373, filed December 29, 1959, regarding Foret Subdivision by the Police Jury of Jefferson Parish, and associated subdivision map (UP178-181);

27. Ordinance No. 3172, filed May 25, 1956, regarding Foret Subdivision Addition, by the Police Jury of Jefferson Parish, and associated subdivision maps (UP182-186);

28. Ordinance No. 4486 filed April 20, 1960, regarding Foret Subdivision Addition No. 2, by the Jefferson Parish Council and associated subdivision map (UP187-190);

29. Deposition transcripts of plaintiffs: Albert Delaney, David Delaney, Esta Delaney, Patrick Delaney, Lauren Carmadelle, Rebecca McCandless, and Shannon Patin taken on December 2, 2010 and exhibit attachments;

30. 30 (B)(6) Deposition transcript of Larry Palmisano, representative of Consolidated Drainage Districts of the Parish of Jefferson – Drainage District No. 2 taken on December 21, 2010, exhibit attachments and subsequent depositions;

31. Transcripts of all other depositions to be taken in the case and exhibits;

32. All Jefferson Parish ordinances, policies, procedures, documents or memorandums related to standards for drainage design, improvements and/or alterations, and/or 10 Year Storm standards;

33. All documents produced in discovery by any party;

34. Any exhibit necessary for impeachment; and,

35. Any necessary documents disclosed by ongoing discovery.

Union Pacific reserves its right to supplement and/or amend its Exhibit List. Union Pacific further reserves its right to add additional exhibits for purposes of rebuttal, or to address new issues not presently known based upon pleadings and discovery to date, or to authenticate documents, or to respond to admissions of evidence depending upon the rulings of the Court.

Respectfully submitted,

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC


BY    /s/ Kathlyn G. Perez
    William H. Howard, III (Bar No. 7025)
    Kathlyn G. Perez (Bar No. 30668)
    201 St. Charles Avenue, Suite 3600
    New Orleans, LA 70170
    Telephone: (504) 566-5275
    Facsimile: (504) 636-3975
    bhoward@bakerdonelson.com
    kperez@bakerdonelson.com

COUNSEL FOR UNION PACIFIC RAILROAD COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to:

> Laurence Cohen (lakeviewlaw@gmail.com)
> COUNSEL FOR ESTA M. DELANEY, ET AL.
>
> Guice Anthony Giambrone, III  (ggiambrone@bluewilliams.com)
> Craig R. Watson  (cwatson@bluewilliams.com)
> COUNSEL FOR THE CONSOLIDATED DRAINAGE DISTRICTS
> OF THE PARISH OF JEFFERSON – DRAINAGE DISTRICT NO. 2

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants:

> NONE

This the 14th day of January, 2011.

/s/Kathlyn G. Perez
KATHLYN G. PEREZ
