UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 2:10-cv-00001         SECTION "I"

ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD

Deposition of ESTA MAE DELANEY, 172 Herman Street, Waggaman, Louisiana, taken in the offices of Blue Williams on Thursday, December 2, 2010.

APPEARANCES:

    LAW OFFICES OF LAURENCE COHEN
    Attorneys at Law
    BY:  LAURENCE COHEN, Esquire
    702 North Carrollton Avenue
    New Orleans, Louisiana 70119

    ATTORNEYS FOR PLAINTIFF

    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
    Attorneys at Law
    BY:  KATHLYN G. PEREZ, Esquire
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana  70170

    ATTORNEYS FOR UNION PACIFIC
    RAILROAD COMPANY

EXHIBIT "A"

1   A. He was a --

2       MR. COHEN:

3           I thought she just said he was.

4       MS. PEREZ:

5           Well, she said he was a switchman for

6           Southern Pacific, and then she said he

7           was a yardmaster.

8           I just wanted to make sure it was the

9           same --

10      THE WITNESS:

11          It was the same company he was

12          working for, but a different position.

13  EXAMINATION BY MS. PEREZ:

14  Q. So it was also with Southern Pacific?

15  A. Right.

16  Q. Okay.

17  A. Yes.

18  Q. Back when you purchased the house, was the

19      neighborhood developed the same way it is

20      today?

21  A. Yes.

22  Q. What I mean is were there as many houses as

23      there are today?

24  A. No.  It was a new subdivision being

25      constructed, and it was not even half -- the

1    lots hadn't been sold -- more than a half of
2    those available.
3  Q. Was your house a new construction when you
4    bought it?
5  A. Right.  We had it built.
6  Q. You built the house?
7  A. Yeah.
8  Q. So the neighborhood has doubled in size since
9    you first bought your house?
10         MR. COHEN:
11              Object to the form.
12 EXAMINATION BY MS. PEREZ:
13 Q. Well, what's your understanding of how much
14    larger the development of the neighborhood has
15    grown since you bought the house?
16 A. Can I go ahead and explain it?
17         MR. COHEN:
18              If you can.
19         THE WITNESS:
20              Well, it's a horseshoe-shaped little
21         subdivision, and as time went on and
22         more people came out and bought, they
23         extended part of the horseshoe design of
24         the subdivision and filled that up with
25         people.  So it's just a little quiet

1     THE WITNESS:
2          Water came up in the backyard,
3     because it was low.
4     MR. COHEN:
5          Okay.
6     THE WITNESS:
7          Yes.
8  EXAMINATION BY MS. PEREZ:
9  Q. Well, when was the first time you remember
10    water coming into your backyard?
11 A. I don't know.
12 Q. Did water come into your backyard in the first
13    few years you lived in the house?
14 A. No.
15 Q. Okay.  So you bought the house in the '60's.
16       Did water come up into your yard in the
17    '70's?
18 A. It did.
19 Q. It did?
20 A. Uh-huh (affirmative response).
21 Q. Okay.  And when would that happen?
22 A. In the backyard --
23 Q. Okay.
24 A. -- with heavy rain.
25 Q. Heavy rain?

1  A. Uh-huh (affirmative response).

2  Q. And can you describe to me what would happen?

3  A. Well, in the backyard there was just a storage
4     room back there, and I made sure everything
5     was picked up off the floor that could be
6     damaged.
7        Other than that there was no problem,
8     because it didn't come in the house or in the
9     front part of the house.

10 Q. Okay. So I guess my question was the rain
11    would come down, and are you saying that it
12    would enter the ditch and the ditch would
13    overflow?

14 A. It has.

15 Q. It has?

16 A. Uh-huh (affirmative response).

17 Q. Do you remember when that happened?

18 A. No. I can't give you a date.

19 Q. Did that happen often?

20 A. Well, the backyard would get water in it with
21    a heavy rain.

22 Q. When the backyard got water in it with a heavy
23    rain, where did that water come from?

24 A. Well, the ditch could not hold all of it to
25    get under the culvert that they had. So they

1   fence and into your yard?
2   A. Uh-huh (affirmative response).
3   Q. Okay. And you said that this occurs every
4   time there's a heavy rain?
5   A. Well it has to be a pretty heavy rain. Not
6   just a normal rain.
7       I haven't had that happen for a long time.
8   It's not very often that it does do that.
9   Q. Okay. And has it been doing that for all
10   these years since you've owned the house?
11  A. Oh, yes.
12  Q. So the water has backed up on to your property
13   in a heavy rain since you bought the house?
14  A. Well, when they added a new track near my
15   property that's when it -- the culvert
16   couldn't handle all that water, and it would
17   overflow into my yard. My backyard and all.
18  Q. Okay. I think earlier you said you thought
19   that the additional tracks were added in the
20   '60's?
21  A. I believe so.
22  Q. Okay. So from the '60's forward, whenever
23   there's been a been a heavy rain, a fairly
24   significant rain, water would accumulate into
25   the ditch and flow into your backyard?

1  **A. And also the street.**

2  Q. And also the street.

3      Herman Street?

4  **A. Uh-huh (affirmative response).**

5  Q. And Curly Street?

6  **A. Uh-huh (affirmative response).**

7  Q. Okay.

8      MR. ALBERT DELANEY:

9          Laurence, I think she's a little

10         confused with this.

11     MR. COHEN:

12         Okay.

13 EXAMINATION BY MS. PEREZ:

14 Q. After the yard gets water in it from the ditch

15    overflowing, how long does it take for the

16    water to flow out?

17 **A. Very quickly. It doesn't stay.**

18 Q. Okay. So whenever the water goes down in the

19    ditch does the water in your property then

20    flow back out?

21 **A. It flows out.**

22 Q. Okay. About how long would you say the water

23    stays on your property?

24 **A. Well, once the rain stops falling and it**

25    **starts draining, it doesn't take very long.**

1   A. No. No.

2   Q. Okay. It just came in and then subsided after

3      the rain stopped. Is that right?

4   A. Right.

5   Q. Okay. Other than the water coming into your

6      carport, has any water come into your actual

7      home other than in 1995?

8   A. No.

9   Q. Okay. Do you have flood insurance?

10  A. Yes.

11  Q. Okay. When your home flooded in 1995 did you

12     have flood insurance then?

13  A. I did.

14  Q. Did you make a claim on your flood insurance?

15  A. I did.

16  Q. You did?

17  A. Yes.

18  Q. Okay. And how much damage was done to your

19     home in the 1995 flood?

20  A. Financial? Monetary damage?

21  Q. Yes, ma'am.

22     How much money did you spend to fix your

23     house?

24  A. About 25,000.

25  Q. And how much money did you get from the