UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 2:10-cv-00001          SECTION "I"

ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON
DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID
K. DELANEY, PATRICK J. DELANEY, and LAUREN
DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD

Deposition of ALBERT S. DELANEY, III, 157 South Potwin Drive, Baton Rouge, Louisiana 70810, taken in the offices of Blue Williams on Thursday, December 2, 2010.

APPEARANCES:

    LAW OFFICES OF LAURENCE COHEN
    Attorneys at Law
    BY:  LAURENCE COHEN, Esquire
    702 North Carrollton Avenue
    New Orleans, Louisiana 70119

    ATTORNEYS FOR PLAINTIFF

    BAKER, DONELSON, BEARMAN, CALDWELL &
    BERKOWITZ
    Attorneys at Law
    BY:  KATHLYN G. PEREZ, Esquire
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana  70170

    ATTORNEYS FOR UNION PACIFIC
    RAILROAD COMPANY

EXHIBIT "B"

1  been there when it really rained hard enough
2  for it to flood the property.
3  Q. So your testimony has mostly to do with when
4  you've heard about the property flooding?
5  A. Sure.
6     I call Mom to see how she's doing with the
7  rain. Oh, the water is coming up in the yard
8  again, you know.
9  Q. And how often did you talk to your mom about
10 the flooding?
11 A. Lots. Over many years. I can't give you an
12 exact number.
13    I talk to Momma routinely, usually at
14 least weekly, and I remember a period of time
15 when she was just trying to get in touch with
16 somebody that could help alleviate the
17 problem, and it was a high level of
18 frustration on her part.
19 Q. Okay.
20 A. So how many times, I can't give an estimate on
21 that.
22 Q. Do you think it was starting in 1976 that she
23 realized that there was this problem and then
24 started seeking out help from the parish and
25 the railroad?

1    A. I would be guesstimating, and I would say
2       several times a year.
3    Q. Okay.
4    A. Typically when we get a hard rain over some
5       period of time, an hour, hour and a half,
6       whatever.
7          I don't have any hard data to qualify or
8       quantify that, but just my general impression
9       that it's, you know, several times a year.
10   Q. Okay.  Your mother testified that her house
11      flooded in 1995 in the inside of her house?
12   A. Correct.
13   Q. Do you remember that?
14   A. Oh, yes.
15   Q. Okay.  Do you have any recollection of the
16      inside of her house ever flooding before that
17      or up until now?
18   A. There was one time I believe in 1978, and I
19      could be off on the date, but it's somewhere
20      around that time that it actually flooded out
21      in the living room area.  The living room area
22      used to be a carport, and my dad closed it in
23      and made a living room out of it, and you're
24      down six inches from the rest of the house,
25      and we got a half inch to an inch, some small

1    amount of water in that area, and it almost
2    immediately drained away.
3        I remember Momma telling us about that,
4    and we were kind of concerned, but then
5    nothing really came into the house again after
6    that until '95.
7  Q. Okay.
8  A. Now, we had flooding on the property all that
9    time, but actually encroaching the house, that
10   was the only other incident that I can think
11   of, and it was fairly minor. Mop it all up
12   and, you know, you're fine.
13 Q. So it didn't ruin any carpet or flooring?
14 A. I don't think so, but I'm not certain.
15 Q. Okay. Do you know if she made any sort of
16   insurance claim on that earlier flood?
17 A. I don't think anything was done about that.
18   All the cleaning up and everything I think she
19   did herself.
20 Q. Okay. Do you know if a second -- Do you know
21   how many culverts there are under the railroad
22   track at the location of the house?
23 A. Yes, I do.
24 Q. How many?
25 A. Well, first of all, there are two sets of