UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


NO. 2:10-cv-00001          SECTION "I"


ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD


Deposition of LAUREN DELANEY CAMARDELLE, 122 Waggaman Road, Waggaman, Louisiana 70094, taken in the offices of Blue Williams on Thursday, December 2, 2010.


APPEARANCES:


    LAW OFFICES OF LAURENCE COHEN
    Attorneys at Law
    BY:  LAURENCE COHEN, Esquire
    702 North Carrollton Avenue
    New Orleans, Louisiana 70119

    ATTORNEYS FOR PLAINTIFF


    BAKER, DONELSON, BEARMAN, CALDWELL &
    BERKOWITZ
    Attorneys at Law
    BY:  KATHLYN G. PEREZ, Esquire
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana  70170

    ATTORNEYS FOR UNION PACIFIC
    RAILROAD COMPANY

EXHIBIT "C"

1  year that the house flooded.  The bus had to
2  drop me off halfway down the street and then
3  back up because the water was high, and I had
4  to wade home in knee deep water to the house,
5  and there was water still in the house that my
6  mother was sweeping out.  There were kids in a
7  flatboat paddling up and down the street in
8  front of the house along the ditch.
9  Q. And about what year did you think that was?
10 A. '78.
11 Q. And that was the first time you remember the
12    house flooding?
13 A. Yes.
14 Q. Okay.  And did the water only get into the
15    living room area that's lower than the rest of
16    the house or into the entire house?
17 A. It only -- That year it got into the lower
18    part of the house and awfully close to the
19    front door of the other house.
20 Q. Okay.
21 A. I can remember my mother sweeping the water
22    away and asking people not to ride bikes or
23    drive cars because of the wake possibly
24    pushing the water into the main part of the
25    house.

1   A. Both.

2   Q. Okay. Other than that instance, can you think

3      of any time when you have taken her away from

4      the house out of fear that she might get hurt

5      or that the flooding might be severe?

6   A. No.

7   Q. Okay. When was the last time she called you

8      about the property flooding?

9         Not related to the lawsuit, but just that

10     there had been a flooding event in the yard.

11  A. Well, she doesn't normally call us. We call

12     her.

13        You know, I can tell by the weather and

14     what the water is doing at my house, and I

15     will call her and ask her, you know, I know

16     it's been raining a while, how high is the

17     ditch, and she will let me know, and if it

18     looks like it's coming up and it's over the

19     ditch and in the yard then I go.

20  Q. Okay. What damages do you think have been

21     done to the property itself as a result of the

22     repeated flooding over the past 30 or so

23     years?

24  A. The fence is falling into the ditch. There's

25     no land between the fence -- the yard and the

```
 1      ditch which used to be there.  Her whole
 2      backyard is very uneven.  It would be very
 3      easy to twist your ankle in her yard.  It's
 4      just lumpy.
 5           The back shed which was made of very good
 6      lumber when my daddy built it is rotting from
 7      the bottom up where water has sat.
 8           Just the general erosion, you know.  You
 9      walk out of her yard, and it's -- you know,
10      the ditch is there.  I mean there's no
11      protection.  No bulkhead or anything that
12      divides the yard from the ditch.  It is just
13      all becoming one really.
14  Q.  Is your claim as a plaintiff in this lawsuit
15      for damages to the property because you're a
16      partial owner of it?
17  A.  Can you be more specific?
18  Q.  Sure.
19           I guess as a plaintiff in this lawsuit,
20      what are your claims for yourself?
21  A.  None.  This is strictly for my mother.
22  Q.  But you're a part owner.  Correct?
23  A.  Yes.
24  Q.  So any --
25  A.  My intention is not to line my pockets or
```