UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 2:10-cv-00001        SECTION "I"

ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD

Telephone Deposition of SHANNON DELANEY PATIN, 2600 Alby Drive, Haymarket, Virginia 20169, taken in the offices of Blue Williams on Thursday, December 2, 2010.

APPEARANCES:

    LAW OFFICES OF LAURENCE COHEN
    Attorneys at Law
    BY:  LAURENCE COHEN, Esquire
    702 North Carrollton Avenue
    New Orleans, Louisiana 70119

    ATTORNEYS FOR PLAINTIFF


    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
    Attorneys at Law
    BY:  KATHLYN G. PEREZ, Esquire
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana  70170

    ATTORNEYS FOR UNION PACIFIC
    RAILROAD COMPANY


EXHIBIT "D"

1    decade it was that you first found out about
2    the flooding?
3 A. No, I don't. Not offhand.
4 Q. Was it before the 1990's?
5 A. Oh, yes. It was before the '90's.
6    It was back in the '70's I think.
7 Q. Okay. Have you seen the water back up on to
8    the Herman Street property yourself?
9 A. I don't remember a specific date of me
10    personally seeing it. I do remember seeing a
11    lot of photos.
12 Q. Okay. Do you know who took the photos?
13 A. I know my mother took some. My brother
14    Patrick took some. My sister Lauren took
15    some.
16 Q. And are all those photos that you have seen
17    since you have been up in Virginia, or had you
18    seen some of these photos before you moved to
19    Virginia?
20 A. Well, that was before I moved --
21 Q. Okay.
22 A. -- and since.
23 Q. So as far as you recall you never saw the
24    flooding on the property firsthand?
25    MR. COHEN: