UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 2:10-cv-00001        SECTION "I"

ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD

Deposition of DAVID DELANEY, 1900 Newton Street, Gretna, Louisiana 70053, taken in the offices of Blue Williams on Thursday, December 2, 2010.

APPEARANCES:

    LAW OFFICES OF LAURENCE COHEN
    Attorneys at Law
    BY:  LAURENCE COHEN, Esquire
    702 North Carrollton Avenue
    New Orleans, Louisiana 70119

    ATTORNEYS FOR PLAINTIFF


    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
    Attorneys at Law
    BY:  KATHLYN G. PEREZ, Esquire
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana  70170

    ATTORNEYS FOR UNION PACIFIC
    RAILROAD COMPANY



EXHIBIT "E"

1   A. Yes.
2   Q. Okay.
3       MR. COHEN:
4           Off the record.
5       (Off the record.)
6   EXAMINATION BY MS. PEREZ:
7   Q. Mr. Delaney, as you know we are here today to
8       talk about the lawsuit that you and your
9       siblings and your mother filed against Union
10      Pacific for the damages that you allege the
11      home and the property have sustained from
12      flooding as a result of the ditch adjacent to
13      the home.
14          Is that correct?
15  A. Correct.
16  Q. Okay. When was the first time that you came
17      to know that the property allegedly flooded
18      because of the overflowing of the ditch?
19  A. In the '90's I became aware of a flooding
20      problem.
21  Q. Does that mean there was no flooding problem
22      while you were living there as a child?
23  A. Correct.
24  Q. Okay. So you never saw the property flood in
25      the '60's?

1  A. Yes.
2  Q. Okay. The five or so times you have seen the
3     water back up onto the property, were those
4     all times that you were living at the house as
5     an adult?
6  A. Not exclusively. Sometimes I would be
7     visiting or just be there when it was raining.
8        I don't live that far away. So it's not
9     that unusual for me to be in the area. But,
10    yes, while I was living at home I also saw
11    flooding on the property.
12 Q. Okay. And did the house ever flood at the
13    time when you were living there?
14 A. Not when I was living there.
15 Q. Okay. When was the last time you saw the
16    water back up out of the ditch and flood the
17    property?
18 A. Personally saw it myself?
19 Q. Yeah.
20 A. I would say at least four or five years ago.
21 Q. Okay. Have you taken any pictures of the
22    flooding of the property, any incidents of
23    flooding?
24 A. No. Not myself.
25 Q. Okay. Have you ever contacted the parish