UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 2:10-cv-00001      SECTION "I"

ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD

    Deposition of PATRICK DELANEY, 144 Deweese Drive, Waggaman, Louisiana 70094, taken in the offices of Blue Williams on Thursday, December 2, 2010.

APPEARANCES:

>LAW OFFICES OF LAURENCE COHEN
>Attorneys at Law
>BY: LAURENCE COHEN, Esquire
>702 North Carrollton Avenue
>New Orleans, Louisiana 70119
>
>ATTORNEYS FOR PLAINTIFF
>
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
>Attorneys at Law
>BY: KATHLYN G. PEREZ, Esquire
>201 St. Charles Avenue, Suite 3600
>New Orleans, Louisiana 70170
>
>ATTORNEYS FOR UNION PACIFIC RAILROAD COMPANY



EXHIBIT "F"

```
 1      until 1995, and you moved out before the 1995
 2      flood, but did you have occasion to witness
 3      the ditch overflowing and flooding the
 4      property surrounding the house on Herman
 5      Street?
 6   A. On countless occasions.
 7   Q. How often?
 8   A. An average of three times a year.  And that is
 9      post them adding the set of tracks closest to
10      the property.
11   Q. Before they added the last set of tracks --
12   A. I do not remember any flooding.
13   Q. There was no flooding.  Okay.
14          And do you remember when they put that
15      last set of tracks in?
16   A. It was prior to 1978, because I remember the
17      house -- my parents' house flooding that year.
18          I'm guessing '76.
19   Q. Okay.  What happened in 1978 that your
20      parents' house flooded?
21   A. Heavy rainfall, and the water came up into the
22      living room.  I think it just came up short of
23      going into the main part of the house.
24   Q. So at some point before 1978 the living room
25      was converted back from a bedroom or converted
```

1   A. Not that I'm seeking compensation for.
2   Q. Okay.  Your mother is seeking compensation for
3      emotional distress.
4         What have you witnessed with regards to
5      her emotional distress?
6   A. I don't know how to put it into words.
7         I have seen where she has become
8      distraught when the rain starts, especially if
9      it's heavy.  If there's any kind of weather
10     fronts coming through she is concerned about
11     that.
12        But she's always been the type -- at least
13     in my presence -- not to let me know that
14     things are concerning her.  So it's kind of
15     hard at times to read what her emotions are.
16     But I can tell she is unnerved by any kind of
17     bad weather.
18  Q. And how long has this sort of unnervedness
19     about weather been going on that you know of?
20  A. I would have to say since the flooding started
21     back in the mid to late '70's.  It's just that
22     she handled it well earlier, and just as she
23     has gotten older her nerves have gotten
24     frayed, and she's just not able to handle the
25     situation as well as she used to.