UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 2:10-cv-00001        SECTION "I"

ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID K. DELANEY, PATRICK J. DELANEY, and LAUREN DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD

Deposition of REBECCA DELANEY McCANDLESS, 9228 Windrift Street, Baton Rouge, Louisiana 70809, taken in the offices of Blue Williams on Thursday, December 2, 2010.

APPEARANCES:

    LAW OFFICES OF LAURENCE COHEN
    Attorneys at Law
    BY:  LAURENCE COHEN, Esquire
    702 North Carrollton Avenue
    New Orleans, Louisiana 70119

    ATTORNEYS FOR PLAINTIFF


    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
    Attorneys at Law
    BY:  KATHLYN G. PEREZ, Esquire
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana  70170

    ATTORNEYS FOR UNION PACIFIC
    RAILROAD COMPANY



EXHIBIT "G"

1       lawsuit?

2   A.  Yes.

3   Q.  And when is the first time that you became

4       aware that the property flooded because of the

5       toppling over of the ditch?

6   A.  Well, I got married in 1977, and within a year

7       of that, two years of that, I remember talking

8       to Mom -- And I talk to my mother much more

9       frequently than my brothers do, as daughters

10      normally do.

11          I talked to my mother, and she told me

12      that water had come into the living room.  So

13      that was sometime between '77 and '80.

14          It happened again probably three or four

15      times over the years between then and 1995

16      where water came in under the door, but just

17      enough that she could attack it with a mop and

18      it was okay.  It didn't actually come in and

19      flood the house, but it was coming in.

20          And then in 1995 whenever the major

21      flooding happened.

22  Q.  Okay.  So just to back up.

23          There were a few instances between say

24      1980 and 1995, where the water would come up

25      just to where the living room is, but enough