UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


NO. 2:10-cv-00001        SECTION "I"


ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON
DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID
   K. DELANEY, PATRICK J. DELANEY, and LAUREN
              DELANEY CAMARDELLE

                    VERSUS

             UNION PACIFIC RAILROAD


     30(b)(6) Deposition of CONSOLIDATED
DRAINAGE DISTRICTS OF THE PARISH OF JEFFERSON
DRAINAGE DISTRICT NO. 2 through LARRY JAMES
PALMISANO, 1561 River Park Road, Bridge City,
Louisiana 70094, taken in the offices of Blue
Williams on Tuesday, December 21, 2010.

APPEARANCES:


     BAKER, DONELSON, BEARMAN, CALDWELL &
     BERKOWITZ
     Attorneys at Law
     BY:  KATHLYN G. PEREZ, Esquire
     201 St. Charles Avenue, Suite 3600
     New Orleans, Louisiana  70170

        ATTORNEYS FOR UNION PACIFIC
        RAILROAD COMPANY


     BLUE WILLIAMS
     Attorneys at Law
     BY:  CRAIG R. WATSON, Esquire
     3421 North Causeway Boulevard, 9th Floor
     Metairie, Louisiana  70002-3760

        ATTORNEYS FOR CONSOLIDATED
        DRAINAGE DISTRICT FOR THE PARISH
        OF JEFFERSON DRAINAGE

     DISTRICT NO. 2

EXHIBIT "H"

1    rainfalls.  Street flooding.

2    Q. Who would street flooding complaints go to?

3    A. They are called in to my office.  We have a,

4       you know, dispatcher that people -- It's a

5       public number.  Our office number is also

6       posted in the public, you know, telephone

7       directory.

8          They call our office.  They call the

9       dispatcher or call the Yenni Building.

10   Q. Then the --

11   A. Or call east bank drainage.

12   Q. Would the complaint get routed --

13   A. To the appropriate person to take a look and

14      see what it is, yes.

15   Q. I am going to switch to topic 8 which is

16      improvements or works done by the parish in

17      response to the May 8 through May 10, 1995,

18      flooding of Jefferson Parish including

19      Waggaman.

20         Do you remember that flood?

21   A. Actually I do.

22   Q. Did your house flood?

23   A. No.  I was building my house.  I was off work

24      those two weeks.

25   Q. Okay.  Was there widespread flooding in

1    Jefferson Parish at that time?

2    A. Yes, there was.

3    Q. Is that because there was a heavy rain

4        incident?

5    A. Yes.

6    Q. Heavier than usual?

7    A. Yes.  I don't quite remember exactly.  I do

8        recall a very intense rain that happened

9        during that time.

10   Q. What was the duration of the rain?

11   A. Short duration heavy rain.  It was

12       definitely -- It was a very unusual rain event

13       that produced a lot of water.

14   Q. And a lot of people's homes flooded?

15   A. I think there was, yes.  It was home flooding,

16       you know.

17   Q. And do you know if any drainage improvements

18       were made in the Waggaman area in response to

19       that flooding incident?

20   A. Again, we changed the catch basin tops, and I

21       think that was maybe in 2000 or somewhere

22       around there on the Deweese and Herman Street.

23           Other than cleaning the canals and

24       maintaining the canals and flow of water,

25       that's all I can recall.