

UP000058