

WWW.JEFFPARISH.NET

# JEFFERSON PARISH
## DEPARTMENT OF PUBLIC WORKS

JOHN F. YOUNG, JR.
PARISH PRESIDENT

KAZEM ALIKHANI, P.E.
PUBLIC WORKS DIRECTOR

February 8, 2011

Mr. Guice Giambrone
Mr. Craig Watson
Blue Williams, LLP
3421 N. Causeway Blvd.
Suite 900
Metairie, Louisiana 70002

RE:   Union Pacific Railroad v. Consolidated Drainage Districts

Dear Gentlemen:

I have reviewed the expert report of Mark Drewes, P.E., of the Jefferson Parish Engineering Department along with the calculations as they pertain to the above-referenced lawsuit. I have also reviewed the January 12, 2011 opinion and preliminary report, and January 13, 2011 addendum of Stephen Estopinal and I offer the following opinion to rebut and contradict Mr. Estopinal's report.

I have reviewed the calculations of the Engineering Department using the Rational Method, which are attached hereto and incorporated as part of this report, and the railroad's 48 inch culvert replacement under the northern most railroad track in 1970 was inadequate to address the drainage. Engineering design criterion and prudent practices in 1970, by the railroad, would have required at a minimum, analysis of the drainage, and drainage capacity of the culvert(s) under the railroad it sought to improve.

Additionally, in 1976 when the railroad undertook the responsibility of performing drainage improvements on its property by adding an additional culvert, engineering design criterion and prudent practices in 1976, would have required an analysis of the drainage, and drainage capacity of the culvert(s) under the railroad it sought to improve. Based upon the calculation utilizing the Rational Method, the culvert addition by the railroad was inadequate to address the drainage based on current design standards for a ten year storm.

Finally, when the railroad added a fourth railroad track adjacent to the Delaney Property around 1979 it forced the northern ditch closer to the Delaney Property which required the cross section of the ditch to be modified to fit within the reduced right-of-way width. I have reviewed the February 11, 2011 survey which included cross sections of the existing ditch in the vicinity of

1221 ELMWOOD PARK BOULEVARD - SUITE 907 - JEFFERSON, LOUISIANA 70123 - P O BOX 10242 - JEFF
OFFICE 504.736.6751 - FAX 504.731.4428

EXHIBIT
4

JP 500

the Delaney Property and the existing side slopes of the ditch are one-to-one or steeper. In my professional opinion, ditch side slopes steeper than two-to-one in this region are subject to erosion unless paved or protected by other measures. Based on existing conditions and a ten year design storm, flow velocities in the ditch were computed to be approximately 9 ft. per second, using the formulas documented in the attached calculations made a part of this report; I would expect erosion to occur with these velocities in an unprotected channel with side slopes less than two-on-one.

Moreover, addition of the railroad track around 1979 by the railroad would have significantly reduced the storage capacity for storm water runoff collecting on the north side of the railroad tracks in the vicinity of the crossing of the railroad tracks at the Glendella Canal. After placement of the new track any water overflowing the existing ditch would be forced onto adjacent property. Prudent engineering analysis at the time of the addition of the railroad track by the railroad should have accounted for the reduction in storage capacity.

Based on the above opinions, I disagree with Mr. Estopinal's conclusion that activity associated with work on the railroads or the addition of railways did not impact, aggravate or influence the existing drainage system serving house Number 172 Herman Street, Waggaman, Louisiana.

I attach my resume for you review of my qualifications. I have not authored any publications in the previous 10 years. I am an employee of the Parish of Jefferson and will not be compensated any additional money other than my regular salary for the study and testimony in this case. I have not testified as expert witness in the last four years.

Sincerely,

Kazem Alikhani
Director, Drainage Department
Jefferson Parish

# Kazem Alikhani

**Education**

December 1984   University of New Orleans   New Orleans, Louisiana
**Master of Science, Engineering**

December 1980   University of New Orleans   New Orleans, Louisiana
**Bachelor of Science, Mechanical Engineering**

**Certifications**

Professional Engineer (P.E.), State of Louisiana, Board Certified, Mechanical Engineer October 1992

P.E., State of Louisiana, Board Certified, Environmental Engineering July 1994

P.E., State of Arizona, Board Certified Mechanical Engineer

**Professional Experience**

January 2010 to Present

**Department of Public Works, Jefferson Parish, Louisiana**

- Director -- Responsible for all public works functions including maintenance, construction, administration, financial operations, personnel activities and regulatory compliance. Oversees workforce of 1,100 employees, an operating budget of $150 million and capital budget of $40 million. Overseeing 7 departments under Public Works organization: 1) Drainage Department, consisting of 53 drainage pump stations (10 cfs to 5,300 cfs), 360 miles of drainage canals, and 1,500 miles of street subsurface drainage systems; 2) Sewerage Department with 5 sewer treatment plants (57,000,000 MGD), over 500 sewer lift stations, over 1,300 miles of gravity pipe and approximately 100 miles of sewer force main pipe; 3) Water Department, consisting of 4 water purification plants (140 MGD), and 1,600 miles of water mains; 4) Streets Department with over 3,200 lane miles of streets; 5) Engineering Department which advises in matters requiring engineering design, construction supervision and project management, installation and maintenance of traffic signs, roadway lane striping and traffic signals; 6) Capital Projects Department which assists in planning, programming, and managing the engineering and construction of capital improvements and oversees several improvement programs such as the Southeast Louisiana Flood Protection Program (SELA), the Road Bond Improvement Program, and the Sewer Capital Improvement Program; and, 7) Parkways Department which approves or denies permits to plant or remove trees and maintains trees on rights of way and medians to remove hazardous deadwood. Attends and participates in council and agenda meetings; advises the Parish President and Council members regarding public works issues; prepares and delivers reports and information to Parish officials and administration. Directs department activities; supervises operations through subordinate staff; delegates

responsibilities; assigns tasks and projects; monitors and reviews work; evaluates employee work performance; approves salary increases, discipline/discharge, transfers and promotions; hires personnel. Responds to complaints and requests from the public. Mediates department matters between department directors and consultants/contractors. Reviews and participates in coordination of activities with other local, state and federal governments. Attends public, civic and business group meetings. Initiates ordinances and resolutions. Represents the Parish President at various functions. Participates in legal issues affecting public works; consults with attorneys regarding public works legal issues.

December 2004 to January 2010

### Department of Drainage, Public Works, Jefferson Parish, Louisiana

- Director – Oversees workforce of approximately 300 employees and an annual budget of approximately $50 million ($33 million operating & $17 million capital). Oversees $100 million worth of current projects under design or construction. Oversees the daily operations and maintenance of 53 pump stations, 360 miles of drainage canals, and 1,500 miles of street subsurface drainage systems. Prepares annual operating and capital improvement budget; prepares annual five-year capital projects budget. Reviews major department projects status and reports to Parish officials and administration. Directs engineering personnel and field superintendents in planning and implementing drainage and flood control system project schedules; directs engineers and consultants regarding department projects scope and design criteria; prepares scope of project contracts and related resolution; reviews consultant qualifications and recommends awarding contracts. Coordinating of $310 million in Corps of Engineers flood protection projects. Evaluates employee work performance; approves salary increases, discipline/discharge, transfers and promotion; hires personnel and conducts staff meetings. Reviews liability claims and lawsuits and responds to interrogatories. Ensures department compliance with safety workplace regulations. Conducts employee disciplinary hearings and defends findings at appeal hearings. Prepares storm emergency policies and procedures. Attends and participates in Council and citizen advisory meetings. Plans and coordinates GIS and SCADA programs. Coordinates department functions with other state and federal agencies.

January 1995 to December 2004

### Department of Water, Public Works, Jefferson Parish, Louisiana

- Assistant Director – Assisting in the administration and managerial control of all aspects of Water Department operations, including operations of 140 MGD water treatment plants, maintenance and up-keep of 1600 miles of distribution water lines, and overseeing 140,000 utility billing accounts. Managing and coordinating capital projects ranging from $300,000 to $25,000,000; developing a $24 million annual operating budget, managing and negotiating engineering contracts with consulting engineers, preparing engineering plans and specifications, managing contracts, overseeing the GIS and SCADA systems of the Water Department.

JP 504

**January 1994 to January 1995**

**Department of Engineering, Public Works, Jefferson Parish, Louisiana**

- Project Engineer – Reviewing water distribution system plans and specifications; administering water distribution capital projects during design and construction; preparing specifications for the annual replacement and point repair of water lines, and the replacement and repair of existing water lines and crossing. Designing in-house projects and handling matters pertaining to water meters.

**June 1982 to January 1994**

**Department of Drainage, Public Works, Jefferson Parish, Louisiana**

- Project Engineer – Managing and coordinating capital construction projects; designing storm water and flood control systems and pump stations; coordinating projects with consulting engineers, contractors, and utility companies; preparing engineering reports and technical specifications; assisting in developing departmental budget and developing and coordinating the departmental GIS.

**May 1981 – April 1982**

**Guillot and Vogt Associates, Metairie, Louisiana**

- HVAC Engineer – Designing HVAC systems for commercial and medical facilities; sizing ductwork and piping systems; selecting mechanical equipment pumps, fans, exhaust systems, etc.; writing specifications, laying out equipment rooms in the development of finished projects, and reviewing shop drawings.

**Computer Skills**   Microsoft Office, Auto CAD, Geo Media

**Professional Memberships**   AWWA, APWA, and National Society of Professional Engineers