Record of Mom's calendar notes on UPRR and ditch issues
April 2, 1988 – August 13, 2010
(notes in italics belong to Shannon Patin)

**Entries in blue indicate contact with railroad or parish officials**
**Entries in red indicate incidents of flooding of property or house**
**Entries in green indicate significant activity**

| Date | Notes |
|---|---|
| Apr 2, 1988 | Heavy rains, Th'storms |
| Apr 23, 1988 | Rain |
| May 21, 1988 | Rain |
| May 24, 1988 | Rain |
| Jul 23, 1989 | Rained |
| Oct 17, 1989 | Rained all day |
| Nov 6, 1989 | Stormy weather |
| Nov 7, 1989 | Severe rain & th'storms |
| Nov 8, 1989 | Did not flood |
| Jan 20, 1990 | Rained all day |
| Feb 8, 1990 | Rained all day |
| Feb 18, 1990 | Cold and raining |
| Aug 5, 1990 | Very stormy weather 9-11pm |
| Dec 3, 1990 | Heavy rain, turning cold |
| Jan 6, 1991 | Rained most of day |
| Jan 10, 1991 | Rained most of day |
| Jan 23, 1991 | Rained all day |
| Jan 30, 1991 | Rained nearly all day |
| Feb 5, 1991 | Rained all morning |
| Feb 21, 1991 | Rained all day |
| Mar 1, 1991 | Rained all day |

*[Handwritten note on right side:]* Written summary of calendars → TT has originals. Getting copies.

| | |
|---|---|
| Apr 26, 1991 | Rained nearly all day |
| May 8, 1991 | Rained all day |
| Jun 10, 1991 | Rained heavily, nearly all day |
| Jul 20, 1991 | Rained heavily |
| Sep 12, 1991 | Heavy rain |
| Sep 14, 1991 | Rained all afternoon |
| Nov 8, 1991 | Weather cold & windy |
| Jan 18, 1992 | Rained all day |
| Jan 27, 1992 | Rained all day |
| Jan 29, 1992 | Rained all day |
| Jun 30, 1992 | Rained most of day |
| Aug 25, 1992 | Hurricane – evacuated to B.R. |
| Aug 26, 1992 | Ret'd home from B.R. |
| Nov 1, 1992 | Raining |
| Jan 21, 1993 | No water damage from the heavy rain yesterday |
| Mar 12, 1993 | Cold, windy & rain, light snow tonite |
| Mar 16, 1993 | Rained very hard most of today |
| Jun 27, 1993 | Lot of rain today |
| Nov 9, 1993 | Rained all day |

## No calendar for 1994

| | |
|---|---|
| May 4, 1995 | Called Sell, Parish Director of drainage on W. Bank to clean drainage ditch. |
| May 8, 1995 | Area flooded during night; water throughout house. |
| May 9, 1995 | Heavy rain flooded house |

| Date | Entry |
|---|---|
| May 12, 1995 | Called Paul Wetzel. Told him of drain problem/culvert under S.P. tracks |
| May 16, 1995 | John Sell/par-drainage checked R. R. culvert – Called Paul Wetzel 9:30 A.M. Told him of culvert problem. |
| May 17, 1995 | Called Dave Dawson of S.P. 10 A.M. train master. Spoke to Dave Dawson, S.P. about culvert under S. P. tracks that's stopped up, too high elevated to drain properly. He will see about parish's responsibility to fix problem. I requested him to apprise higher R. R. officials of problem. 10:45 am May 17, 1995 |
| May 27, 1995 | I mailed letter & residents signatures to Parish & So. Pac R.R. officials about blocked culvert. |
| Feb 2, 1996 | Weather very cold |
| Feb 3, 1996 | Freezing weather |
| Feb 4, 1996 | Freezing weather all day |
| Feb 5, 1996 | Mr. Grover, Parish engineer called 3 p.m. Will come to talk over drainage problem/railroad bed. |
| Feb 6, 1996 | Mr. Grover, Parish Engineer for drainage came to check culverts and ditches on R. R. property. |
| Apr 14, 1996 | Stormed & hailed |
| Apr 22, 1996 | Raining |
| Jun 1, 1996 | Rained a lot today |
| Jul 8, 1996 | Rained out |
| Sep 16, 1996 | Tim Whitmer & Paul Wetzel app't to come 1:30 Wed about drainage |
| Oct 6, 1996 | Quiet day, cloudy cool & raining |
| Jan 6, 1997 | Rained nearly all day |
| Jan 24, 1997 | Weather too stormy to go to N.H. *(nursing home)* |
| Jan 28, 1997 | Rained |
| Feb 12, 1997 | Rainy, windy & cold all day; stormy at night |

| Date | Weather |
|---|---|
| Apr 12, 1997 | Rained, cloudy & cool |
| Apr 25, 1997 | Stormed in night |
| Apr 26, 1997 | Church fair cancelled because of bad weather |
| Apr 27, 1997 | Weather rainy & cool |
| Apr 28, 1997 | Weather cloudy & cool |
| May 21, 1997 | Heavy rain |
| May 31, 1997 | Rained in morning. Cleared up in p.m. *(Mom in Covington, LA for retreat)* |
| Nov 12, 1997 | Raining |
| Nov 29, 1997 | Rained all night & most of today |
| Jan 5, 1998 | Raining today |
| Jan 12, 1998 | Rained |
| Jan 13, 1998 | Rained |
| Jan 22, 1998 | Rained all day |
| Feb 13, 1998 | Rain & cloudy |
| Feb 15, 1998 | Lots of rain, windy |
| Mar 5, 1998 | Rained all day |
| Mar 7, 1998 | Rained |
| Apr 28, 1998 | Heavy rain today |
| Aug 21, 1998 | Rained all day |
| Sep 10, 1998 | Rained today & all night. "Frances" in lower Gulf |
| Sep 11, 1998 | Rained all day from storm "Frances." |
| Jan 2, 1999 | Raining |
| Mar 30, 1999 | Raining, Dave called to check on flooding threat. No problem. |
| Jun 26, 1999 | Rained |
| Jul 19, 1999 | Rained heavy |

| Date | Event |
|---|---|
| Aug 9, 1999 | Hard rain, nearly flooded |
| Dec 28, 1999 | Shannon typed letter to R.R. officials about culverts |
| Dec 29, 1999 | ...she *(Lauren)* is making copies of letter to R.R. |
| Jan 3, 2000 | Mailed 4 letters to Union Pacific workers & head officials about the lack of culverts to drain water in heavy rains. |
| Jun 24, 2000 | I distributed information about drainage from Gambino St. to Herman St. |
| Jun 30, 2000 | Heavy rain, stormy |
| Aug 14, 2000 | Talked to Paul Wetzel, drainage, about cross ties in ditch |
| Nov 16, 2000 | Rained |
| Nov 17, 2000 | Rained all day |
| Nov 18, 2000 | Rained all day |
| Nov 24, 2000 | Heavy rain til noon – no flooding |
| Feb 21, 2001 | Reported to drainage dept. about the cross ties & debri left from R. R. repair crew |
| Feb 23, 2001 | John Sell returned my call about the ditch litter |
| Feb 28, 2001 | John Sell stopped by |
| Jun 7, 2001 | Heavy rain |
| Jun 8, 2001 | Rained |
| Jun 10, 2001 | Rained |
| Jun 13, 2001 | Put away & cleaned front room things that we picked up by threat of flood. |
| Aug 6, 2001 | Called John Sell about cross ties in the ditch |
| Nov 29, 2001 | Rained, got cool |
| May 17, 2002 | Rained |
| Jun 25, 2002 | To Wal Mart, had pictures developed for house contents for insurance in case of flood or damage |

| Date | Entry |
|---|---|
| Jul 21, 2002 | Stormy wind & rain in late afternoon & evening |
| Sep 17, 2002 | Changed deposit box at bank to one higher up in case of flooding |
| Sep 25, 2002 | Hurricane Isadore in Gulf. Some heavy rain. No damage to our area |
| Oct 29, 2002 | Rained all day |
| Feb 5, 2003 | Cold, raining |
| Feb 17, 2003 | Rainy, cloudy & cold day |
| Feb 21, 2003 | Heavy rain |
| Feb 26, 2003 | Rainy day |
| Apr 8, 2003 | Heavy rain, no flooding! |
| Apr 22, 2003 | Left message for John Sell to have ditch cleaned out |
| May 20, 2003 | Rained during night & today |
| May 21, 2003 | Rained today |
| Jun 11, 2003 | Rained nearly all day |
| Jun 30, 2003 | Storm "Bill" caused heavy rain today. Did not flood. |
| Jul 4, 2003 | Rained most of day |
| Jul 8, 2003 | Talked to Joy Beck about parish officials wanting 20' of property by drainage ditch. |
| Aug 28, 2003 | Called John Sell, asked for him to return my call. No answer! |
| Sep 2, 2003 | Left message for John Sell to check trees outside fence |
| Sep 5, 2003 | John Sell came to check out the trees by the ditch. I wasn't home. He left his card. I later called him. |
| Sep 11, 2003 | Workers cut down a couple of trees by ditch |
| Nov 18, 2003 | Stormy weather Tornado in Wego |
| Jan 8, 2004 | Rained most of day |
| Apr 25, 2004 | Heavy rain |

| Date | Entry |
|---|---|
| Apr 30, 2004 | Heavy rain most of day |
| May 15, 2004 | Heavy rain, almost flooded but rain stopped |
| Jul 10, 2004 | Rained yesterday |
| Aug 9, 2004 | Left message for John Sell about cutting tall weeds by ditch |
| Sep 3, 2004 | Heavy rain |
| Oct 9, 2004 | Raining nearly all day |
| Nov 24, 2004 | Bad weather in our area |
| Apr 6, 2005 | Bad weather all day |
| Apr 28, 2005 | 2 parish workers back hoe & dump truck cleaned ditch up to my property. Left it likely to flood because of plants blocking water flow. |
| Apr 30, 2005 | Dreary day, rain & lightning |
| May 3, 2005 | I called Larry Palmisano about cleaning out the drainage ditch. He sent crew to work on it. |
| Jun 7, 2005 | Bad weather in p.m. Lightning struck pecan tree. House ok. |
| Jul 5, 2005 | T.S. *(thunderstorm)* "Cindy" causing rain, preparing for high wind & water. T.S. during night, wind, rain severe. |
| Jul 8, 2005 | Hurricane Dennis in Gulf – I left about 3 pm to go to Bert's for storm. Lauren boarded up windows. Rain lightning & thunder storm temporary. |
| Jul 9, 2005 | Storm on land about Pensacola, no trouble for east La. |
| Jul 27, 2005 | Heavy rain storm |
| Aug 17, 2005 | Called Drainage Dept to have ditch cleaned out (Mr. Joseph) |
| Aug 29, 2005 | Hurricane Katrina hit N.O. & other areas with flooding, wind damage, power outages. Many died, homes lost, area on lockdown, no power, little phone service *(family had evacuated to Baton Rouge)* |
| Sep 23, 2005 | Hurricane Rita, heavy wind, rain. I stayed the night at Lauren's. no damage. |
| Nov 14, 2005 | called W. bank Drainage to have ditch cleaned |

| Date | Notes |
|---|---|
| Dec 14, 2005 | Rough weather during night |
| Jan 13, 2006 | Stormy weather in early morning. Cleared by noon |
| Jan 17, 2006 | Rainy windy day |
| Apr 26, 2006 | Heavy rain in morning, turned cool & clear |
| Oct 16, 2006 | Rainy day |
| Dec 28, 2006 | Lynn Champagne (Jeff. Par. Drain.) stopped by & Don *(Patin)* spoke to her about the ditch beyond the culverts was blocked by cut trees left there. |
| Jan 2, 2007 | Don *(Patin)* spoke to the surveyor who was recording the ditch's condition. He will send letters to parish officials about ditch. |
| Jan 19, 2007 | Weather cold & rain |
| Jan 27, 2007 | Rained all day |
| May 23, 2007 | Heavy rain/wind in afternoon |
| May 31, 2007 | Heavy morning rain |
| Jun 4, 2007 | Heavy rain in p.m. |
| Jun 19, 2007 | Stormy afternoon |
| Jul 15, 2007 | Rainy day |
| Jul 29, 2007 | Heavy rain |
| Aug 26, 2007 | Stormy weather |
| Aug 27, 2007 | Heavy rain in p.m. |
| Aug 30, 2007 | Heavy thunderstorm |
| Oct 22, 2007 | Rained all day |
| Dec 17, 2007 | Called Drainage dept. about R.R. ties in ditch, no reply |
| Dec 26, 2007 | Heavy rain in p.m. |
| Jan 10, 2008 | Stormy, rainy day |
| Jan 18, 2008 | Cold, rainy weather |

| Date | Entry |
|---|---|
| Apr 26, 2008 | Heavy afternoon rain |
| Apr 27, 2008 | Rainy day |
| May 3, 2008 | Heavy rain & wind in early morning |
| May 15, 2008 | Heavy rain, dark weather |
| May 22, 2008 | Stormy weather |
| Jun 10, 2008 | Made an appt. for Saturday A.M. to meet with Robt Billiot about ditch, fence, etc. Patrick will go with me. |
| June 13, 2008 | Patrick helped me write a letter to Robt Billiot about the problem of the ditch. He printed it ready to mail. Later I decided to go see him in person. |
| Jun 14, 2008 | Patrick and I went to see Billiot, gave him the letter. He followed us home & looked at the problem. Will do all he can to help. *(The following note was written in the column)* Sat. 14 Patrick & I kept the appointment to meet with Billiot at his office in Waggaman. He came to see for himself the condition of the ditch, fence, etc. Will speak to people who can do something to help. |
| Jun 15, 2008 | Heavy rain, not flooded by ditch. |
| Jun 18, 2008 | Patrick got an e mail from parish officials about ditch, etc. Trucks came out & took away some new cross ties. Men weed eated. |
| Jun 30, 2008 | Rained with some hail. |
| Jul 7, 2008 | Patrick called, he had some news from the R. R. lobbyist. |
| Jul 25, 2008 | Shannon sent e mails to various departments concerning the ditch problem. |
| Jul 27, 2008 | the Parish & R. R. people came today about 12 pm & Billiot. Rep Billiot stopped by to tell me he has all the Drainage Dept. people of high office. Patrick talked to them. |
| Aug 28, 2008 | Becky came, she & Patrick lifted furniture up in case of flooding *(hurricane in Gulf)* |
| Sep 1, 2008 | Hurricane Ike with heavy winds & rain overnight & in day – not bad. Trouble at Becky's but many trees down & power out *(Mom had evacuated to Becky's in B. R.)* |

| Date | Entry |
|---|---|
| Sep 14, 2008 | Randy *(Camardelle)* came & took down boards on windows & put furniture off blocks & took tables to shed. |
| Dec 9, 2008 | Called Parish Drainage Dept. Spoke to Clair. Asked for R. R. cross ties be removed from ditch. |
| Dec 11, 2008 | **Snowed in morning** |
| Jan 4, 2009 | **Heavy rain, ditch overflowed** |
| May 1, 2009 | Peggy *(next-door neighbor?)* & I called West Bank drainage about cleaning out the drainage ditch. Dave *(Delaney)* called, he talked to the 2 men in charge of drainage about our situation. A crew will come out next week to clean ditch. |
| May 4, 2009 | Drainage crew cut weeds along ditch. |
| Jun 11, 2009 | **Surveyors will come out tomorrow concerning the ditch property** |
| Jun 12, 2009 | **Dick Doding surveyors came in A.M. & surveyed property** |
| Jun 24, 2009 | Bert *(Delaney)* sent a letter to an attorney about taking the case against the R. R. |
| Jul 7, 2009 | **Heavy showers** |
| Jul 15, 2009 | **Received letter from Ken Goodwin attorney** |
| Jul 19, 2009 | Called Bert *(Delaney)*, gave him the date of the ditch overflow came in house 1/4/09. |
| Aug 6, 2009 | …meeting with Ken Goodwin at 10-11 A.M. |
| Aug 20, 2009 | mailed return letter to Goodwin, signed my agreement to his taking the case of R.R. |
| Sep 22, 2009 | **Heavy rain in p.m.** |
| Sep 24, 2009 | **Heavy rain in afternoon** |
| Sep 25, 2009 | Kenneth Goodwin came 8:00 A.M. took pictures of track, ditch and home area. Bert *(Delaney)* joined him in walking the area. |
| Oct 2, 2009 | Heavy rain at 4 to 5:30 A.M. Lauren took pictures of height of water in ditch within 30 minutes. Did not overflow because rain stopped. |
| Oct 4, 2009 | **Rained off & on all day. Dreary day.** |

| Date | Note |
|---|---|
| Nov 9, 2009 | Asked Dave *(Delaney)* to contact someone in Parish Drainage to have the ditch cleaned of thick vegetation. Hurricane in Gulf, headed to south east coast. |
| Dec 1, 2009 | **Rained all day & cold weather** |
| Dec 12, 2009 | Heavy rain in late afternoon. Ditch overflowed, street flooded, water came up to about 6 or 7 feet of the house, did not come in. Patrick *(Delaney)* took pictures of the whole area. Secured things in the house as much as I could. |
| Dec 13, 2009 | Lauren *(Camardelle)* spent the night with me in case it rained more but it was drained away by morning, no more flooding during night. Left a lot of debris. |
| Dec 15, 2009 | **Rainy day** |
| Feb 4, 2010 | **Rainy, dark day, light rain** |
| Feb 11, 2010 | **Cloudy, very cold, some icy rain, not heavy** |
| Apr 23, 2010 | **Heavy rain in p.m.** |
| Mar 11, 2010 | About 10:20 A.M., Paul Miller and 3 men and 1 lady from R. R. came out to look at the ditch, etc. Paul said they are the ones who will make a decision about the suit. |
| May 15, 2010 | **Rained in afternoon & evening** |
| May 16, 2010 | **Early rain, cloudy, sun came out** |
| May 25, 2010 | **Heavy rain. Ditch overflowed, streets & yards flooded.** |
| Jun 29, 2010 | **Afternoon thunder showers each day** |
| Jul 8, 2010 | **Officials & work crews from R.R. on tracks from 8 A.M. til noon** |
| Jul 21, 2010 | **Parish crew cut & sprayed weeds & vegetation in the ditch** |
| Aug 13, 2010 | **Heavy rain** |

*No further notes were made on the 2010 calendar.*