UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ESTA M. DELANEY, ET AL,      CIVIL ACTION
     Plaintiffs          NO. 2:10-CV-00001
VERSUS                        SECTION "I"
                              DIVISION E
UNION PACIFIC RAILROAD        MAG. DANIEL
     Defendant           E. KNOWLES, III

     Telephone Deposition of JACK F. MULLEN, 4693 Pierce Street, Omaha, Nebraska 68106, taken in the offices of Blue Williams, 3421 North Causeway Boulevard, Suite 900, Metairie, Louisiana 70002, on Wednesday, the 26th day of January 2011.



APPEARANCES:

  LAW OFFICE OF LAURENCE COHEN
  (BY: LAURENCE COHEN) (VIA TELEPHONE)
  702 North Carrollton Avenue
  New Orleans, Louisiana 70119
  (ATTORNEYS FOR THE PLAINTIFFS)

  BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ
  (BY: WILLIAM H. HOWARD, III) (VIA TELE.)
  201 St. Charles Avenue, Suite 3600
  New Orleans, Louisiana 70170
  (ATTORNEYS FOR UNION PACIFIC RAILROAD, COMPANY, DEFENDANT)

**EXHIBIT "1"**

1  knowledge of the Delaneys' complaints
2  regarding flooding issues that would have
3  arisen prior to the lawsuit?
4     A.   No. I haven't learned anything,
5  no, outside what's produced in this case.
6     Q.   And you mentioned you've reviewed
7  the expert report of Mr. Stephen Estopinal;
8  is that correct?
9     A.   Estopinal, yes, that's correct.
10    Q.   By way of your expertise, are you
11 able to testify in regards to what he has
12 testified into? I know he's a professional
13 engineer. Do you find yourself qualified to
14 support his opinions in regards to his
15 report or do you defer to him?
16    A.   I would defer to him as having
17 produced -- performed a more detailed
18 analysis and being the expert in this case.
19    Q.   Do you have any opinions regarding
20 the adequacy of the drainage system in
21 regards to the subject of this lawsuit that
22 you anticipate on testifying to at trial?
23    A.   I don't anticipate testifying at
24 trial.
25    Q.   What is your understanding of why