UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


NO. 2:10-cv-00001          SECTION "I"


ESTA M. DELANEY, ALBERT S. DELANEY III, SHANNON
DELANEY PATIN, REBECCA DELANEY McCANDLESS, DAVID
K. DELANEY, PATRICK J. DELANEY, and LAUREN
DELANEY CAMARDELLE

VERSUS

UNION PACIFIC RAILROAD


        30(b)(6) Deposition of CONSOLIDATED
DRAINAGE DISTRICTS OF THE PARISH OF JEFFERSON
DRAINAGE DISTRICT NO. 2 through KAZEM
ALIKHANI, and the Deposition of KAZEM
ALIKHANI, in his individual capacity, 227
Destin Lane, River Ridge, Louisiana 70123,
taken at the Joseph S. Yenni Building, 1221
Elmwood Park Boulevard, 7th Floor, New
Orleans, Louisiana 70123 on Monday, January
31, 2011.


APPEARANCES:


        BAKER, DONELSON, BEARMAN, CALDWELL &
        BERKOWITZ
        Attorneys at Law
        BY:  WILLIAM H. HOWARD, III, Esquire
        BY:  KATHLYN G. PEREZ, Esquire
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana  70170

            ATTORNEYS FOR UNION PACIFIC
            RAILROAD COMPANY


EXHIBIT
"2"

1    was it?

2         Was it?

3    A.  I'm sorry?

4    Q.  The ten-year standard of Jefferson Parish

5        was --

6    A.  1981.

7    Q.  And not before?

8    A.  No.

9    Q.  No earlier?

10   A.  It was not.  No standards of ten years prior

11       to that.

12   Q.  I think I asked this before.  I'm at the end

13       of my time.

14        1981 standard is not retroactive or

15       applied retroactively, is it?

16   A.  Absolutely not.

17   Q.  Absolutely not.

18   A.  We can't go back and change every subdivision.

19       MR. HOWARD:

20           My watch says 10:58.  I really can't

21       broach another subject in two minutes.

22           I will just have to leave this open,

23       and take the next gentleman.

24       MR. GIAMBRONE:

25           We can do that.